**Order entered July 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00631-CV

**GUSTAVO TORRES, Appellant**

**V.**

**ANGEL LEE, INDIVIDUALLY AND D/B/A ANGEL CONSTRUCTION AND/OR 1004 CONSTRUCTION, 1004 CONSTRUCTION, INC., MI K. HAN-SON, MIKE K. HANSON AND HEIU S. LEE, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02662-2017**

## ORDER

As ordered to do so, appellant has filed written verification he has requested the reporter's record and made arrangements to pay the fee. Accordingly, we **ORDER** Destiny M. Moses, Official Court Reporter of the 416th Judicial District Court, to file the reporter's record no later than August 23, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Moses and the parties.

/s/     DAVID EVANS
JUSTICE